IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.  11-cv-24619 UNGARO-TORRES

MANGO'S TROPICAL CAFÉ, INC.,

    Plaintiff,

v.

MANGO MARTINI RESTAURANT &
LOUNGE, INC., LAKES CAFÉ SPORTS
BAR & GRILL, INC. d/b/a MANGO
MARTINI RESTAURANT AND LOUNGE,
JOSE FLORES, CHARLIE RODRIGUEZ,
and HUMBERTO PEREZ,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

THIS CAUSE is before the Court upon Plaintiff's Motion for Expedited Discovery (D.E. 22).

THE COURT has reviewed the pertinent portions of the record and is fully advised in the premises.  Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Expedited Discovery (D.E. 22) is GRANTED IN PART; the parties may proceed to engage in an expedited discovery period as follows:

    a) Plaintiff may serve both written discovery requests and deposition notices within thirty days (30) of the date of this Order;

    b) Defendants will respond within twenty (20) days of the service of written discovery; and

    c) Defendants are required to appear for deposition within twenty (20) days after servings its discovery responses and producing documents.

It is further

ORDERED AND ADJUDGED that the parties' February 24, 2012 deadline to file and serve a Joint Planning and Scheduling Report set forth in the Court's Order (D.E. 21) remains otherwise effective.  However, in formulating their discovery plan and schedule for the filing of motions and the pre-trial conference, the parties SHALL take the deadlines contained in this Order into consideration.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of January, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies to: counsel of record