IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-cv-24619

**MANGO'S TROPICAL CAFE, INC.**,

        Plaintiff**,**

v.

**MANGO MARTINI RESTAURANT & LOUNGE, INC.**, **LAKES CAFE SPORTS BAR & GRILL, INC. d/b/a MANGO MARTINI RESTAURANT AND LOUNGE**, **JOSE FLORES**, **CHARLIE RODRIGUEZ**, and **HUMBERTO PEREZ**,

        Defendants**.**
_____/

**JOINT MOTION FOR ENTRY OF ORDER OF
PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT**

Plaintiff, Mango's Tropical Cafe, Inc., and Defendants, Mango Martini Restaurant & Lounge, Inc., Lakes Cafe Sports Bar & Grill, Inc. d/b/a Mango Martini Restaurant and Lounge, Jose Flores, Charlie Rodriguez, and Humberto Perez, hereby file their Joint Motion for this Court to Enter an Order of Permanent Injunction and Final Judgment on Consent, which proposed Order is attached hereto as Exhibit A.

Date: February 21, 2012                  Respectfully submitted,

| | |
|---|---|
| **FRIEDLAND VINING, P.A.** | **MALLOY & MALLOY, P.L.** |
| s/David K. Friedland/ | s/Oliver Ruiz/ |
| **David K. Friedland** | **Oliver Ruiz** |
| Florida Bar No. 833479 | Florida Bar No. 524786 |
| **Jaime Rich Vining** | 2800 SW 3rd Ave. |
| Florida Bar No. 30932 | Miami, Florida 33129 |
| 1500 San Remo Ave., Suite 200 | (305) 858-8000 – telephone |

Coral Gables, Florida 33146
(305) 777-1720 – telephone
(305) 456-4922 – facsimile
e-mail: david.friedland@friedlandvining.com
e-mail: jaime.vining@friedlandvining.com

*Counsel for Plaintiff*
*Mango's Tropical Cafe, Inc.*

(305) 858-8008 – facsimile
e-mail:. ORuiz@malloylaw.com

*Counsel for Defendants*
*Mango Martini Restaurant & Lounge, Inc., Lakes Cafe Sports Bar & Grill, Inc. d/b/a Mango Martini Restaurant and Lounge, Jose Flores, Charlie Rodriguez, and Humberto Perez*

2