IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-cv-24619 UNGARO-TORRES

MANGO'S TROPICAL CAFÉ, INC.,

    Plaintiff,

v.

MANGO MARTINI RESTAURANT &
LOUNGE, INC., LAKES CAFÉ SPORTS
BAR & GRILL, INC. d/b/a MANGO
MARTINI RESTAURANT AND LOUNGE,
JOSE FLORES, CHARLIE RODRIGUEZ,
and HUMBERTO PEREZ,

    Defendants.

---

## ORDER ON JOINT MOTION FOR CONSENT JUDGMENT

THIS CAUSE is before the Court upon the parties' Joint Motion for Entry of Order of Permanent Injunction and Final Judgment of Consent. (D.E. 35.)

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised of the premises.

On December 27, 2011, Plaintiff filed its five count complaint against Defendants, asserting claims for federal trademark infringement, federal unfair competition, federal trademark dilution, violation of Florida's anti-dilution statute, common law trademark infringement and unfair competition. (D.E. 1.) The parties have apparently settled this case in full and now jointly move the Court to enter a proposed "Order of Permanent Injunction and Judgment of Consent," attached to the Motion (the "Proposed Order") (D.E. 35-1). The Proposed Order enjoins Defendants from, among other things, using the mark "Mango

Martini," but also purports to retain jurisdiction to enforce the parties' "Settlement Agreement" (D.E. 35-1). The Court will enter the Proposed Order, but with slight modification. The Court will not retain jurisdiction to enforce an agreement that has not been submitted to the Court for consideration.

Accordingly, it is

ORDERED AND ADJUDGED that the Motion (D.E. 35) is GRANTED IN PART; the Court will separately enter the Order of Permanent Injunction and Judgment on Consent.

It is further

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of February, 2012.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies to: counsel of record